UNITED STATES DISTRICT COURT
of Maryland

Date:

Name: Danny E. Hernandez
Reg# 64162037
FCI McKean
Post Office Box 8000
Bradford, PA 16701

Dear Sir/Madam, Court Clerk,

  This letter is in reference to the above named person. The purpose of this letter is to try to acquire my sentencing transcripts. I was sentenced on Date: 09-16-2020, by the Honorable Judge BreDar. My docket # JKB-1-16-CR-00259-02 These transcripts are vital to me at the present time because I am in the process of perfecting an appeal and can not begin without these transcripts of what transpired in my sentencing phase. Please inform me of any incurred costs for these transcripts.

  I would like to thank you for all your assistance in this matter and I patiently await your response. If there is anything I could assist you with please do not hesistate to write. Thank You!!

            Sincerely,